**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

| | |
|---|---|
| **IN RE:** <br><br> **DETRICK D DESHAZIER** <br><br> **DEBTOR(S).** | **CHAPTER: 13** <br><br> **CASE NO.: 4:18-bk-10935** |

**MOTION TO APPROVE PERMANENT LOAN MODIFICATION**

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**THE COURT WILL CONSIDER THE RELIEF REQUESTED IN THIS PAPER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN TWENTY ONE [21] DAYS FROM THE DATE SET FORTH ON THE ATTACHED PROOF OF SERVICE, PLUS AN ADDITIONAL THREE [3] DAYS FOR SERVICE IF ANY PARTY WAS SERVED BY U.S. MAIL.**

**IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE A RESPONSE WITH THE CLERK OF THE COURT AT U.S. BANKRUPTCY COURTHOUSE 300 WEST 2ND STREET LITTLE ROCK, AR 72201 AND SERVE A COPY ON THE MOVANT'S ATTORNEY, JAMES MCPHERSON, ESQ., AND ANY OTHER APPROPRIATE PERSONS WITHIN THE TIME ALLOWED. IF YOU FILE AND SERVE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL EITHER SCHEDULE AND NOTIFY YOU OF A HEARING OR CONSIDER THE RESPONSE AND GRANT OR DENY THE RELIEF REQUESTED WITHOUT A HEARING.**

**IF YOU DO NOT FILE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.**

Creditor, **Nationstar Mortgage LLC d/b/a Mr. Cooper ("Creditor")**, by and through undersigned counsel, moves the Court for approval of permanent loan modification, and states:

1. Debtor has been approved for an executed Loan Modification on the real property located at 508 55th Terrace Drive, North Little Rock, AR 72118.

2. A copy of the Loan Modification executed by the Debtor and the terms contained therein is attached hereto and incorporated by reference as Exhibit "**A**."

3. Creditor seeks an order approving the Loan Modification to allow Creditor to complete the modification process.

**WHEREFORE,** Creditor respectfully requests that the Court enter an order:

    a.    Approving the Loan Modification; and

    b.    Granting such other relief that the Court may deem just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic and/or Regular U.S. Mail to the parties listed on the attached service list, this 19th day of October, 2018.

By: /s/ *James McPherson*
James McPherson, AR2011038
Albertelli Law
1 Information Way
Suite 201
Little Rock, AR 72202
T: (501) 406-0855
bkar@alaw.net
jmcpherson@alaw.net

**SERVICE LIST**

Detrick D Deshazier
508 55th Terrace Dr.
North Little Rock, AR 72118

Clarence W Cash
Attorney at Law
424 W. 4th Street, Suite B
North Little Rock, AR 72114

Mark T. McCarty
Chapter 13 Standing Trustee
P.O. Box 5006
N. Little Rock, AR 72119-5006

U.S. Trustee (ust)
Office Of U. S. Trustee
200 W Capitol, Ste. 1200
Little Rock, AR 72201

ALAW M# 18-008897      2