**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

| | |
|---|---|
| IN RE:<br><br>**DETRICK D DESHAZIER**<br><br>　　　　**DEBTOR(S).** | **CHAPTER: 13**<br><br>**CASE NO.: 4:18-bk-10935** |

<u>**ORDER GRANTING MOTION TO APPROVE PERMANENT LOAN MODIFICATION**</u>

   **THIS CASE** came on for consideration on the Motion to Approve Loan Modification filed by, **Nationstar Mortgage LLC d/b/a Mr. Cooper** ("Movant") (D.E. #56) filed on October 19, 2018. The movant by submitting this form of order having represented that the motion was served on all parties, that the 21-day response time provided by that rule has expired, and that no one has filed, or served on the movant, a response to the motion. The Court, having considered said Motion finds it appropriate to grant relief without further notice or hearing. Therefore, it is:

   **ORDERED:**

1. The Motion is granted.

2. The parties are allowed to proceed with the execution of the Loan Modification Agreement attached to the Motion.

**IT IS SO ORDERED.**

Phyllis M. Jones
United States Bankruptcy Judge
Dated:  11/16/2018

**APPROVED BY:**

Mark T. McCarty, Trustee
P.O. Box 5006
North Little Rock, AR 72119